UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Darnell Green
_____

Write the full name of each plaintiff.

**18 CV 1745**

(Include case number if one has been assigned)

-against-

James Garcia, John doe 1, John doe 2, John doe 3, John doe 4, John doe 5, John doe 6
_____

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Darnell__         __C__         __Green__
First Name          Middle Initial   Last Name

__N/A__
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__16A4116__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Five Points Correctional Facility__
Current Place of Detention

__State Route 96, P.O. Box 119__
Institutional Address

__Romulus__         __New York__         __14541__
County, City        State                Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **John Doe 1**
First Name / Last Name / Shield #

Correctional officer
Current Job Title (or other identifying information)

Greenhaven (CF) 594 Route 216
Current Work Address

Stormville, New york, 12582
County, City / State / Zip Code

Defendant 2: **James Garcia**
First Name / Last Name / Shield #

Correctional officer
Current Job Title (or other identifying information)

Greenhaven (CF) 594 Route 216
Current Work Address

Stormville, New york, 12582
County, City / State / Zip Code

Defendant 3: **John Doe 2**
First Name / Last Name / Shield #

Sergeant
Current Job Title (or other identifying information)

Greenhaven (CF) 594 Route 216
Current Work Address

Stormville, New york, 12582
County, City / State / Zip Code

Defendant 4: **John Doe 3**
First Name / Last Name / Shield #

Correctional officer
Current Job Title (or other identifying information)

Greenhaven (CF) 594 Route 216
Current Work Address

Stormville, New york, 12582
County, City / State / Zip Code

**Defendant 5:**

<u>John</u>     <u>Doe 4</u>     <u>_____</u>
First Name    Last Name    Shield #

<u>Correctional officer</u>
Current Job Title (or other identifying information)

<u>Greenhaven (CF) 594 Route 216</u>
Current Work Address

<u>Stormville</u>     <u>New York</u>     <u>12582</u>
County, City    State    Zip Code

**Defendant 6:**

<u>John</u>     <u>Doe 5</u>     <u>_____</u>
First Name    Last Name    Shield #

<u>Correctional officer</u>
Current Job Title (or other identifying information)

<u>Greenhaven (CF) 594 Route 216</u>
Current Work Address

<u>Stormville</u>     <u>New York</u>     <u>12582</u>
County, City    State    Zip Code

**Defendant 7:**

<u>John</u>     <u>Doe 6</u>     <u>_____</u>
First Name    Last Name    Shield #

<u>Correctional officer</u>
Current Job Title (or other identifying information)

<u>Greenhaven (CF) 594 Route 216</u>
Current Work Address

<u>Stormville</u>     <u>New York</u>     <u>12582</u>
County, City    State    Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Green Haven correctional facility

Date(s) of occurrence: 1-4-16

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Firstly i would like to say that i'm in the process of trying to get the names of all the individuals involved in this incident because they were all crossed out on all the paper work i have pertaining to this incident. On January 4th 2016 at Green Haven correctional facility at about 5:30am i was escorted to a strip frisk room by three officers and a sergeant to be handed over to my court escorts when the cuffs were removed is when the incident occured, At the start of this incident i was held in place by two officers (John doe 1 and 2) one on each side while sergeant (John doe 3) pulled out his baton cocked it all the way back and deliberately struck me in my head with his baton with all his force and split my head open, then officer James Garcia rushed me and started repeatedly punching me in my face while screaming profanity at me with each punch while he continued punching me in my face i felt punches in my sides also from John doe 1 and 2 then three more officers (John doe 4,5 and 6) rushed into the room, John doe 4 grabed me while John doe 5 and 6 started punching me in my face and upper torso area along with officer James Garcia who was still punching me in my face then one of the John does hit me in my facial area with his radio then they finally took me down to the ground after the sergeant yelled something to the effect of "ok, that's enough stop before you kill him" then i started

Page 4

The fact of my claim (count three)

feeling kicks all over ribs, arms, head and face the whole time i was already hand cuffed because as soon as i hit the ground i placed both my hands behind my back on my own because i just wanted it to be over meanwhile the officer who put the cuffs on was bending my fingers backward trying to break them while acting like he was still trying to secure the cuffs for the camera, this whole incident is on camera/audio and video from the John does punching me repeatedly in my face for several minutes striaght my whole face had bumps and bruises, i had two black eyes and one of my eye was completely swollen shut, from the John does kicking me all over i had bruises all over my body and was soar for weeks, from Sergeant Johndoe hitting me in my head with baton i recieved five staples in my head and all in all i was traumatized by this whole incidend.

Darrell Green

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I had to get five staples in my head, my whole face and head was covered with bumps and bruises, one of my eyes was swollen shut, i cant see anything without glasses everything is just a blur now, mental anguish i was diagnosed with a few mental health diagnosis and put on mental health medication following this incident to help me.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Five million dollars and for all officers involved to be thoroughly investigated and held accountable for their actions.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2-14-18
Dated

Darnell Green
Plaintiff's Signature

Darnell    C    Green
First Name    Middle Initial    Last Name

Five Points (CF) State Route 96, P.O. Box 119
Prison Address

Romulus              New york         14541
County, City         State            Zip Code


Date on which I am delivering this complaint to prison authorities for mailing: 2-19-18

Page 6

rnell Green (16A4116)
Points Correctional Facility
Route 96, P.O. Box 119
us, newyork 14541
2-C2-45

Five Points
Correctional Facility

neopost
02/20/2018
US POSTAGE $001.42

FIRST-CLASS MAIL

ZIP 14541
041M11272007

1.42

USM WP
SDNY

Clerk
United States District Court
Southern District of newyork
federal Building and united States Court House
300 QuaRRoPas Street
white Plains, newyork 10601

RECEIVED
FEB 23 2018
U.S.D.C.
WP

USM WP
SDNY