Darnell Green (16A4116)

9-9-19

18-cv-1745 (KMK)

Greetings, I'm writing this letter to see if there is anything else that i need to do at this time? because i have not recieved any letters from the courts in months now, also i would like a complete 1983 filing package sent to me, thanks for your time & attention.

*Darnell Green*



RECEIVED SEP 12 2019 U.S.D.C. W?

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: Darnell Green   DIN: 16A4116

Mid - State
☆ Correctional Facility

RECEIVED
SEP 12 2019
U.S.D.C.
W.P.

neopost
09/10/2019
US POSTAGE $000.50⁰
ZIP 13403
041L11251108

FIRST-CLASS MAIL

Clerk
Pro Se Intake Unit
US. District Court
Southern District of new york
300 Quarropas Street
White Plains, New York 10601

legal mail