Darnell Green (16A9116)   10-14-19

## MEMO ENDORSED

~~Green~~ v. Garcia et al. 18-cv-1745 (KMK)

Greetings,

I'm writing this letter to find out the current status of my claim because i received a letter about 4 or 5 month ago saying the Judge was going to make a decision on the ~~the~~ defendent's motion to dismiss & Since then i have not heard anything so what is the current status of my claim, in advance thanks for your time & attention,

*Darnell Green*

---

As stated in the Court's correspondence with Plaintiff of April 30, 2019 (Dkt. No. 56) the Court will decide Defendants' Motion To Dismiss in due course. The Clerk of the Court is respectfully directed to mail Plaintiff a copy of the docket sheet.

So ordered.

*KMK*
10/21/2019

RECEIVED OCT 17 2019 U.S.D.C. WP

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff