Darnell Green (16A4116)                               12-9-19

Green V. Garcia, 18-cv-1745 (KMK)

Greetings,
I'm writing to inform the courts of a address change & also to ask that any mail that was sent to my old address from 12-5 to now be sent to my new address which will be listed below, please write me back to let me know that my address has been successfully changed, thank you.

*Darnell Green*

Old address

Mid-State CF

9005 Old River Road
  P.O. Box 2500
Marcy, NY 13403

Chang to
New address

Upstate Correctional facility

P.O. Box 2001

Malone, new york 12953

RECEIVED DEC 12 2019 U.S.D.C. WP

