Darnell Green (16A4116)   JAN 02 2020   12-30-19

Green V. Garcia, 18-cv-1745 (KMK)

Greetings, I'm writting to ask the court's were you in receipt of my letter of change of address that i sent out 2 to 3 week's ago because their was a letter with it asking the court's to acknowledge recieveing the address change because the prison official's play games with people mail Sometimes but i will add new address at the end of this letter also please let me know if the address change is logged thank you.

Old address
Mid-State CF
9005 Old river road
P.O. Box 2500
Marcy, new york 13403

New address
upState correctional facility
P.O. Box 2001
malone, new york 12953

Darnell Green

