Darnell Green 16A4116                                                                 4-21-20

# Green V. Garcia                                                    18-CV-1745 (KMK)

Greetings, firstly i would like to state, that i just recieved the verdict to the motion to dismiss today (4-21-20) even though the date on the verdict says (3-25-20), secondly the order was a little confusing to me, when it says the motion was granted to dismiss 5 of the 7 defendents then says however in light of my pro SE status i will be permitted to file a second amended complaint that set forth allegations with respect to each of the defendents, im not sure if that means im given another chance to add the other 5 defendent back in or was the order to dismiss those 5 defendents ~~[redacted]~~ final, however due to the 30 day time limutation im on i will just write the second amended compliant with only the two defendents ~~[redacted]~~ & that will be mailed out ~~[redacted]~~ (4-22-20) enclosed is the second amended compliant along with exibits supporting the facts, if possible i would like a copy of the exibits back because they are my only copies & due to Covin-19 the prison is not making copies.

P.S. Please write me & let me know if this reaches the courts in a timely manner! it is being mailed out on 4-22-20.

Respectfully Submitted

Darnell Green

MAY 05 2020

Darnell Green (16A4916)    4-21-20

# GREEN v. GARCIA    18-CV-1745 (KMK)

I'm bringing this claim against Officer James Garcia & Sgt. Osborne for excessive force & assault.

On Jan, 4 2016 at Green haven correctional facility at about 5:30 am i was escorted to a strip frisk room by Sgt. Osborne, officer Garcia & 2 additional officers to be handed over to my NYC correction court transport because i was still a pre-trail detainee & was only at green haven due to a substitute jail order for my safety.

The incedent started after the cuffs were/tooken off for me to be handed over to my court escort, I turned around & ran toward the officer but was stopped in my tracks when i was grabed & held in place by two officers one on each side while being held in place Sgt. Osborne cocked his baton all the way back and deliberately struck me in my head with everything he had which bust my head open (& resulted in me recieving staples in my head & later on losing my vison) (Exibit B) then officer Garcia rushed me and started repeatedly punching me in the face while screaming profanity at me with each punch, that went on for awhile then more officers rushed in the room & followed officer garcia lead & started raining blows on me along with officer garcia who was still raining blows on me & yelling profanity (which is also on camera & audio) that went on for awhile then i got hit with something hard in my facial area which i later found out was a officer radio/walkie-talkie (Exibit A) then i felt myself being pulled off camera which i knew they would have tried to kill me off camera so i force myself back on camera & fell on the floor in front of the camera & put my arms behind my back because at that point i just wanted the viciouse beating to be over but it still wasn't over after the cuffs was put on the officers still used underhanded methods like bending & twisting my fingers trying to break them while some officers were still punching & kneeing me in my ribs & all over my body & even towards the end somebody kicked me in my face (Exibit A) which is the use of force report substantiates this whole claim to be facts.

Respectfully
Submitted

Darnell Green

Injuries: I had to recieve five Staples in my head & my vison is deteorating more & more every year due to my head injurie also my whole face & head was covered with bump & bruises, both eyes were black & one was swollen completely shut, mental anguish because this incident was tramatizing & left a lasting mental scar. (Exibit B) Support these injuries.

Relief: Five million dollars and for Office James Garcia & Sgt. Osborne to be held accountable & penalized for their actions!

P.S. im in the process of getting all the paperwork to prove that my eye sight was perfect befor incident & to show that my eye sight is now countinueing to deteorate yearly! i should have that within in 2 weeks & would like to then add that to (Exibit B).

*Terrell Green* (signature)

```
UNS571           STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
01/13/16                            USE OF FORCE REPORT
16:52:46                            GREEN HAVEN GENERAL           UF LOG NO. 160002.00
                          INCIDENT DATE 01/04/16  TIME 05:30AM    UI CCC NO. 247583
GEN LOC. 01 ADMIN BLDG    SPEC LOC.                               CB LOG NO.
=================================================================================
OFFENDER                    DIN/NYSID     ETHNIC ROLE
GREEN, DARNELL              15I0019                  PERP
=================================================================================
STAFF INVOLVED              TITLE    FORCE1      FORCE2     FORCE3     DEGREE

███████████████             SGT      BATON

███████████████             CO       STRIKE                            MINOR

███████████████             CO       STRIKE

███████████████             CO       STRIKE                            MINOR

███████████████             CO       BODY HOLD   STRIKE                MINOR

███████████████             CO       BODY HOLD                         MINOR

███████████████             CO       BODY HOLD                         MINOR
=================================================================================
```

DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
ON JANUARY 4, 2016, AT 05:23 AM, SGT ████████ AND OFFICERS ████████,
████████ ████████ AND ████████ ESCORTED INMATE GREEN FROM SHU-16 TO THE
ADMINISTRATION BUILDING VISIT ROOM, STRIP FRISK AREA, TO BE CLEARED
BY THE BOSS CHAIR AND TURNED OVER TO NYC RIKERS ESU TEAM, TO BE
TRANSPORTED TO COURT.
UPON COMPLETION OF THE BOSS CHAIR, AT APPROX 05:30 AM, INMATE GREEN
WAS DIRECTED TO TURN AWAY FROM OFFICER ████████ AND PLACE HIS HANDS
BEHIND HIS BACK TO BE PUT BACK IN RESTRAINTS. INMATE GREEN APPEARED
TO FOLLOW HIS DIRECTION, THEN AGGRESSIVELY SPUN AND PUNCHED OFFICER
████████ IN THE LEFT SIDE OF HIS HEAD AND VIOLENTLY CHARGED HIM,
TO CONTINUE THE ASSAULT.
=================================================================================
DESCRIBE ACTUAL FORCE USED:
SGT. ████████, STANDING DIRECTLY BEHIND OFFICER ████████ DELIVERED
ONE OR TWO SWIFT BATON BLOWS TO THE INMATE'S UPPER TORSO AREA,
INADVERTENTLY STRIKING INMATE GREEN IN HIS HEAD. OFFICER ████████
IN AN ATTEMPT TO PROTECT HIMSELF, STRUCK THE INMATE SEVERAL TIMES
TO HIS UPPER BODY AREA WITH CLOSED FIST PUNCHES. OFFICER ████████
RESPONDED IMMEDIATELY BY GRABBING THE INMATE BY HIS SHIRT COLLAR
AND FORCING HIM TO THE WALL AS OFFICER ████████ SIMULTANEOUSLY STRUCK
INMATE GREEN SEVERAL TIMES TO THE RIGHT SIDE OF HIS FACE AND BODY.
OFFICER ████████ ALSO ATTEMPTED TO PULL THE INMATE AWAY BY GRABBING HIM
BY HIS SHIRT AND COLLAR AREA. OFFICER ████████ USING BOTH HIS
HAND AND ARMS TO PLACE INMATE IN A UPPER BODY HOLD FROM BEHIND
WHICH ULTIMATELY FAILED. OFFICER ████████ CONTINUING TO STRIKE
THE INMATE IN THE FACE WITH BOTH HIS FISTS AND RIGHT KNEE TO
HIS LOWER TORSO. INMATE GREEN VIOLENTLY STRUGGLED WITH STAFF
AND REFUSED ALL ORDERS TO STOP RESISITING. OFFICER ████████ WAS
ATTEMPTING TO FORCE THE INMATE TO THE GROUND, BY PUSHING DOWNWARD
ON HIS UPPER TORSO. SGT ████████ WAS GIVING ORDERS TO INMATE GREEN
TO STOP RESISTING AND GET ON THE GROUND, WHICH HE DID NOT COMPLY
AND CONTINUED HIS AGGRESSIVE BEHAVIOR. OFFICERS ████████ AND ████████
ENTERED THE ROOM AND IMMEDIATELY AIDED THE OFFICERS IN ATTEMPTING
TO TAKE INMATE GREEN TO THE GROUND. OFFICER ████████ THEN DELIVERED
MULTIPLE KNEE STRIKES TO THE INMATE'S LOWER TORSO. OFFICER

PAGE 1.01

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
01/13/16                            USE OF FORCE REPORT
16:52:46                            GREEN HAVEN GENERAL              UF LOG NO. 160002.00
                    INCIDENT DATE 01/04/16   TIME 05:30AM            UI CCC NO. 247583
GEN LOC. 01 ADMIN BLDG    SPEC LOC.                                  CB LOG NO.
===============================================================================
OFFENDER                      DIN/NYSID ETHNIC ROLE
GREEN, DARNELL                15I0019         PERP
===============================================================================
DESCRIBE ACTUAL FORCE USED:      (CONTINUED)
        ATTEMPTED TO REACH FOR HIS BATON BUT INADVERTENTLY GRABBED
HIS RADIO AND STRUCK INMATE GREEN ONE TIME WITH THE BOTTOM END OF
HIS RADIO TO HIS UPPER BODY AREA.
OFFICER        THEN STRUCK THE INMATE IN THE FACE WITH HIS RIGHT
CLOSED FIST, IN AN ATTEMPT TO DROP THE INMATE TO THE GROUND. THE
INMATE WAS FINALLY FORCED TO THE GROUND FACE DOWN, HOWEVER STILL
VIOLENTLY RESISTING ON THE GROUND. THE INMATE REFUSED TO GIVE
UP HIS HANDS FOR MECHANICAL RESTRAINTS TO BE APPLIED, AT THIS TIME
              GAVE THE INMATE TWO SOFTENING STRIKES WITH HIS RIGHT
FOOT, TO THE INMATE'S RIGHT SHOULDER AND ARM AREA. OFFICER
DELIVERED SEVERAL CLOSED FIST STRIKES TO THE INMATE'S RIGHT TORSO
WHILE THE INMATE WAS STILL VIOLENTLY STRUGGLING. OFFICER
THEN PLACED HIS LEFT KNEE ON THE LOWER BACK OF THE INMATE IN AN
ATTEMPT TO CONTROL THE INMATE'S STRUGGLE, OFFICER        TOOK
CONTROL OF THE INMATE'S LEG. OFFICER      USED BOTH RIGHT AND
LEFT HANDS TO CONTROL THE INMATE'S UPPER TORSO SHOULDER AREA.
OFFICER        FORCED THE INMATE'S LEFT HAND TO THE SMALL OF
HIS BACK, AS OFFICER       PLACED MECHANICAL RESTRAINT TO HIS LEFT
WRIST, WHILE THE INMATE WAS STILL RESISTING. OFFICER
THEN GAINED CONTROL OF THE INMATE'S RIGHT HAND FORCING IT TO THE
SMALL OF INMATE GREEN'S BACK. OFFICER        WHILE ATTEMPTING TO
APPLY MECHANICAL RESTRAINTS TO THE INMATE'S RIGHT WRIST, INMATE
GREEN TURNED HIS HEAD AGGRESSIVELY WITH AN OPEN MOUTH, ATTEMPTING
TO BITE OFFICER      'S KNEE AREA. OFFICER        OBSERVED INMATE
GREEN'S ATTEMPT TO BITE OFFICER       . OFFICER         THEN
DELIVERED TWO SOFTENING BLOWS FROM HIS LEFT AND RIGHT FOOT TO THE
INMATE'S UPPER TORSO. AT THIS TIME OFFICER        WAS ABLE TO PLACE
MECHANICAL RESTRAINTS TO INMATE GREEN'S RIGHT WRIST. AT THIS TIME
SGT.         NOTIFIED LT          VIA RADIO. ONCE INMATE GREEN WAS
FULLY PLACED IN MECHANICAL RESTRAINTS, HE WAS STILL AGGRESSIVE
AND COMBATIVE.
===============================================================================
```

FORM 2104.1 (3/93)
Ref. Directives #4944, 4004

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**
**USE OF FORCE REPORT (CONT'D)**

There are _____ other reports filed under this Use of Force Log #

| FACILITY | Date & Time of Incident | Facility Use of Force Log # |
|---|---|---|
| 080 GHCF | 1/4/16 5:30 AM | 16-002 |
| INMATE NAME | DIN | If Unusual Incident, CCC Log # |
| GREEN DARNELL | 15I0019 | 16 0 003 |

### PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

| EXAMINER'S NAME AND TITLE | Date & Time of Examination |
|---|---|
| CHARLES WOLFF RN II 0337 | 1/4/16 5:45 AM |

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

TOP RIGHT SIDE OF FOREHEAD ABOVE HAIRLINE HAS L-SHAPED JAGGED LACERATION AS INDICATED ON ADDENDUM — LEFT EYE SWOLLEN, WILL NEED AN X-RAY TO ENSURE STRUCTURAL INTEGRITY OF SOCKET. V/S OBTAINED: 140/100, 84, 18, 98% - PHOTOS OBTAINED AS PER DIRECTIVE. TRANSPORT TO OSH FOR EVAL. AND TREATMENT.

EXAMINER'S SIGNATURE AND DATE: [signature] 1/4/16

### PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

SUPERINTENDENT'S SIGNATURE AND DATE: [signature]

```
PAGE   3                    STATE OF NEW YORK                    PRINTED AT
                DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    01/13/16  04:52 PM
                            UNUSUAL INCIDENT REPORT


   GREEN HAVEN GENERAL          FAC CODE 080   FAC LOG# 160003    CCC# 247583

                                UF LOG# 160002

   INCIDENT DATE   01/04/16   TIME 05:30 AM   LOCATION  ADMIN BLDG

      USE OF FORCE  YES       WEAPON USED  YES      WORKPLACE VIOLENCE  YES
```

****

**ACTION TAKEN:**                                     (CONTINUED)
ALL PHOTOS AND PERTINENT PAPERWORK COMPLETED.
SUPT. GRIFFIN, OD/DSS WILKINS AND SP INV. SHAW NOTIFIED.
INMATE WILL BE TRANSFERRED TO SHAWANGUNK UPON DISCHARGE FROM HOSPITAL.

****

**MEDICAL REPORT:**

INMATE GREEN, 15I0019: TOP RIGHT SIDE OF FOREHEAD HAS L-SHAPED
JAGGED ONE INCH LACERATION AND LEFT EYE SWOLLEN. INMATE RECEIVED
FIVE STAPLES AT PUTNAM HOSPITAL.

```
   C. WOLFF                  /NURSE                  01/04/16   05:30 AM
          EXAMINER NAME/TITLE                          EXAM DATE/TIME
```

****

**PROPERTY DAMAGE:**

N/A

****

**NOTIFICATION (FAMILY):**

N/A

**NOTIFICATION (POLICE/OTHER):**

SUPERINTENDENT GRIFFIN
OD DSS WILKINS
SP INV SHAW



Darnae
SouthPort Correctional Facility
P.O. Box 2000
PineCity, NY 14871-2000

MAY 06 2020

Clerk (Pro SE Intake
U.S District Court
300 Quarropas Street
White Plains, NY 10601

C - 2ND FLOOR

USPS SDNY

SOUTHPORT
Correctional Facility
NEOPOST 04/27/2020