

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

December 10, 2020

United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10803

**Re:** *Green v. Garcia et al.,*
**Index No.: 7:18-cv-01745-KMK**

Dear Hon. J. Karas,

This action is a 42 U.S.C. § 1983 lawsuit commenced by pro se plaintiff Darnell Green alleging excessive use of force while he was a detainee awaiting trial at Green Haven Correctional Facility. Our Office represents the remaining Defendants. Since the last conference, this office has received Plaintiff's settlement demand of $750,000. Defendants need additional time to obtain settlement authority in this matter. Defendants request an adjournment of the 12/16/2020 settlement conference to 1/22/2021 or 1/27/2021 – 1/29/2021. This additional time will allow for a more substantive discussion on settlement and an increased chance of agreeing on a number to resolve the case.

Respectfully submitted,

*J. Powers*

Janice L. Powers
Assistant Attorney General

Cc: Darnell Green (DIN: 16-A-4116)
SouthPort Correctional Facility
P.O. Box 2000
Pine City, NY 14871-2000

Granted. The Court will hold a conference on 1/27/2021 at 10:00 A.M.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

12/10/20

44 SOUTH BROADWAY, WHITE PLAINS, NY 10601 ● OFFICE: (914) 422-8755 ● FAX (914) 422-8706 ● AG.NY.GOV